IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALVOID HARTLEY,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5037

Opinion filed December 9, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

Alvoid Hartley, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      We treat petitioner's motion for extension of time as a petition alleging ineffective assistance of appellate counsel for purposes of exercising our jurisdiction. However, we find that petitioner has failed to establish good cause to extend the time for filing such a petition. See Chance v. State, 65 So. 3d 1176 (Fla. 1st DCA 2011). Accordingly, we deny relief and dismiss this proceeding.

VAN NORTWICK, ROWE, and MAKAR, JJ., CONCUR.